UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                                                        CRIMINAL NO. 4:24-CR-8-GNS

**SHAI SHERIFF**                                                                                DEFENDANT

## SENTENCING MEMORANDUM
*-Electronically Filed-*

The United States of America, by counsel, submits this sentencing memorandum in support of the Defendant's sentencing. The United States has received and reviewed the Defendant's final presentence investigation report (PSR) and does not have any objections. The United States is unaware of any unresolved substantive objections or any specific objections to the calculation of the advisory guideline contained within the PSR. At sentencing, the United States shall recommend the Court accept the range stipulated by the parties in the Rule 11(c)(1)(C) plea agreement. The United States shall then recommend the Court apply a 140-month sentence at the top of that range. Finally, the Government will move to dismiss Count 2. The United States' proposed 140-month sentence is below the guideline range but above the JSIN data and is the amount "sufficient but not greater than necessary" to satisfy the Section 3553 factors in this case.

Respectfully submitted,

Michael A. Bennett
United States Attorney

*/s/ R. Nicholas Rabold*
R. Nicholas Rabold
Assistant United States Attorney
241 E. Main St., Ste. 305
Bowling Green, KY 42101
Phone: (270) 779-9994
nick.rabold@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the Attorneys of Record.

                                        */s/ R. Nicholas Rabold*
                                        R. Nicholas Rabold
                                        Assistant United States Attorney